UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE OLIVIERI,

                  Plaintiff,                24 Civ. No. 3891 (JHR) (GS)

   -against-

                                           **VIDEO STATUS**
CITY OF NEW YORK, *et al.*,                        **CONFERENCE ORDER**

                  Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, January 21, 2025 at 2:30 p.m.** Defense counsel is directed to submit a joint status letter no later than **Friday, January 17, 2025** advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [265 832 206 017]  Passcode: [ixkJzL]**

      **SO ORDERED.**

DATED:   New York, New York
               November 13, 2024

                                                               _____
                                                               The Honorable Gary Stein
                                                               United States Magistrate Judge