UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE OLIVIERI,

                          Plaintiff,

        -against-

CITY OF NEW YORK, *et al.,*

                         Defendants.
------------------------------------------------------------------X

24 Civ. No. 3891 (JHR) (GS)

**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, September 16, 2025 at 11:00 a.m.** to discuss Defendants' August 6, 2025 letter motion (Dkt. No. 34). The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **Join the meeting now**. [Meeting ID: 213 077 083 525 2]  [Passcode: VK6b7XK9]

      SO ORDERED.

DATED:    New York, New York
               September 2, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge