**MEMO ENDORSED**



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARY JANE ANDERSON**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2415<br>Fax: (212) 356-3509<br>maanders@law.nyc.gov |

September 29, 2025

VIA E.C.F.
Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Jorge Olivieri v. City of New York, et al.,
       24 Civ. 03891 (JHR) (GS)

> Application granted. The Court adopts the parties' proposed deadlines. Fact discovery shall be completed by no later than November 13, 2025. Defendants' anticipated Rule 56 motion shall be filed by no later than December 15, 2025. The Clerk of Court is respectfully directed to close the open motion at Docket No. 34.
>
> Date:  October 8, 2025
>        New York, NY
>
> **SO ORDERED:**
>
> *[signature]*
>
> **HON. GARY STEIN**
> **UNITED STATES MAGISTRATE JUDGE**

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and the attorney representing defendant City of New York ("City") and the New York City Department of Correction ("DOC") in this matter. I write jointly with plaintiff's counsel pursuant to the Court's September 16, 2025 Order.

      By way of background, on August 6, 2025, Defendants moved for a stay of discovery and respectfully requested a briefing schedule for their motion to dismiss pursuant to Rule 12 (c) of the Federal Rules of Civil Procedure. (See ECF No. 34). The Court subsequently scheduled a conference to discuss that purported motion on September 16, 2025. (See ECF No. 35). At the September 16, 2025 conference, the Court denied defendants' request for a stay, and Ordered the parties to submit a joint letter by today, September 29, 2025, "apprising the Court as to their proposed plan of action." (See September 16, 2025 ECF Entry).

      The parties have conferred, and in an attempt to proceed expeditiously and in light of the Court's denial of defendants' motion to stay this matter, the parties intend to proceed with discovery. To that end, the parties propose the following discovery schedule:

- Defendants Responses and Objections to Plaintiff's Requests for the Production of Documents and Interrogatories: October 17, 2025
- Plaintiff's Deposition: November 6, 2025
- Fact Discovery Deadline: November 13, 2025
- Defendants' Rule 56 motion: December 15, 2025

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

*Mary Jane Anderson*      /s/
Mary Jane Anderson
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: *Walter John Thompson, Esq. (***via ECF***)*