**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JORGE OLIVIERI,

                      Plaintiff,

          -against-

CITY OF NEW YORK, *et al.,*

                    Defendants.
----------------------------------------------------------------X

                **24 Civ. No. 3891 (JHR) (GS)**

                **PRE-MOTION**
             **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Motion Conference on **Wednesday, April 15, 2026 at**

**2:00 p.m.**  to discuss the parties' discovery disputes and Defendants' anticipated motion for

summary judgement.  Counsel are directed to appear for the conference at 500 Pearl Street,

Courtroom 9A.

      **SO ORDERED.**

DATED:     New York, New York
            April 1, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge